FILED
9/16/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KSR

1:24-cr-00436
Judge Thomas M. Durkin
Magistrate Judge Jeannice W. Appenteng
RANDOM/CAT. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIONTRE DAVIS | No.<br><br>Violation: Title 18, United States Code, Section 922(a)(6)<br>UNDER SEAL |

COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about July 21, 2021, at Oak Forest, in the Northern District of Illinois, Eastern Division,

TIONTRE DAVIS

defendant herein, in connection with the acquisition of a firearm, namely, a Glock, model G22, bearing serial number BSYG315, from Eagle Gun Club LLC, also known as Eagle Sports Range, located in Oak Forest, Illinois, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Eagle Gun Club LLC, which statement was intended and likely to deceive Eagle Gun Club LLC with respect to a fact material to the lawfulness of the sale of the firearm to defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about November 30, 2021, at Hodgkins, in the Northern District of Illinois, Eastern Division,

TIONTRE DAVIS

defendant herein, in connection with the acquisition of a firearm, namely, a Glock, model G22, bearing serial number BUZE975, from Range USA, located in Hodgkins, Illinois, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Range USA, which statement was intended and likely to deceive Range USA with respect to a fact material to the lawfulness of the sale of the firearm to defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

<u>COUNT THREE</u>

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about March 8, 2022, at Hodgkins, in the Northern District of Illinois, Eastern Division,

TIONTRE DAVIS

defendant herein, in connection with the acquisition of a firearm, namely, a Glock, model 22, bearing serial number BUFB347, from Range USA, located in Hodgkins, Illinois, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Range USA, which statement was intended and likely to deceive Range USA with respect to a fact material to the lawfulness of the sale of the firearm to defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

<u>COUNT FOUR</u>

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about April 11, 2022, at Hodgkins, in the Northern District of Illinois, Eastern Division,

TIONTRE DAVIS

defendant herein, in connection with the acquisition of a firearm, namely, a Glock, model 22, bearing serial number BWMU356, from Range USA, located in Hodgkins, Illinois, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Range USA, which statement was intended and likely to deceive Range USA with respect to a fact material to the lawfulness of the sale of the firearm to defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

COUNT FIVE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about December 7, 2022, at Hodgkins, in the Northern District of Illinois, Eastern Division,

TIONTRE DAVIS

defendant herein, in connection with the acquisition of a firearm, namely, a Glock, model G21 Gen 4, bearing serial number AHFP398; and a Glock, model G22 Gen 5, bearing serial number BWEP822, from Range USA, located in Hodgkins, Illinois, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Range USA, which statement was intended and likely to deceive Range USA with respect to a fact material to the lawfulness of the sale of the firearm to defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

COUNT SIX

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about April 14, 2023, at Hodgkins, in the Northern District of Illinois, Eastern Division,

TIONTRE DAVIS

defendant herein, in connection with the acquisition of a firearm, namely, a Glock, model G22 Gen5, bearing serial number BVYL945, from Range USA, located in Hodgkins, Illinois, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Range USA, which statement was intended and likely to deceive Range USA with respect to a fact material to the lawfulness of the sale of the firearm to defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY