**In the United States District Court**
**for the Northern District of Illinois**

**United States of America,**
**Plaintiff,**

**Case number** 24-cr-436

**Judge** Thomas M. Durkin

**v.**
Tiontre Davis
**Defendant.**

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Tiontre Davis

**Under seal?** ☐ Yes ☒ No

**Defendant number** 1

**Representation type** CC

**Type of person represented** Adult

**Court order** Appointing Counsel

**Payment category** Felony

**Name of Prior Attorney**

**Name of appointed attorney** Brad J. Thomson

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

*/s/ Thomas M Durkin*

**Signature of Presiding Judge or by Order of the Court**

May 12, 2025
**Date**

**Nunc Pro Tunc Date:** 9/25/24     or ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?** ☐ Yes ☐ No
**Prior authorization approved?** ☐ Yes ☐ No ☐ Not applicable

**Signature of Presiding Judge or by Order of the Court**     **Date**

**Nunc Pro Tunc Date:**     or ☐ None

Rev. 2212019