# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Tiontre Davis

Defendant.

Case No.: 1:24–cr–00436
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2025:

MINUTE entry before the Honorable Thomas M. Durkin as to Tiontre Davis: Telephone status hearing held on 5/28/2025. Change of Plea Hearing is set for 7/2/2025 at 10:00 a.m. in courtroom 1441. The government's oral motion to exclude time is granted without objection. Time is excluded through 7/2/2025. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.