# Exhibit 1

# Letters of Support

November 7, 2025

Honorable Judge Thomas M. Durkin

Your Honor,

My name is **Tamyra Davis**, I am 30 years old, a dental assistant, and the sister of **Tiontre Davis**. I am writing this letter to share my perspective on who Tiontre is as a person and to express my love and support for him.

I have known Tiontre his entire life. Growing up together, I've seen both his strengths and his struggles, and I can honestly say he has always had a caring and protective heart. As his sister, I've watched him take care of our family, show respect to others, and stay strong even during difficult times. He has always been someone who looks out for the people he loves — whether that means helping with the kids, checking on our mom, or being there when someone needs him.

During 2021–2022, Tiontre went through a lot of pain and loss after we lost our baby brother. Despite everything, I saw him trying hard to stay positive and be there for his family. He was deeply affected by what happened, but I've also seen him grow stronger and more mature since then. He has made efforts to stay focused and keep moving forward.

Tiontre has a big heart. He loves his family, especially the younger ones who look up to him. He has always been someone who can bring laughter and unity to a room, even when things are tough. I know that he has made mistakes, but I also know the person he truly is — kind, loyal, and capable of change.

Thank you for taking the time to read my letter. I hope my words help you see the side of Tiontre that we, his family, know and love. He has a strong support system, and we will continue to be there for him as he works to become the best version of himself.

Sincerely,

**Tamyra Davis**
*Sister of Tiontre Davis*

Exhibit 1-A

Dear Honorable Judge Durkin,

My name is D'erra Hill, and I am the mother of three of Tiontre Davis's children, who are ages five, three, and one. I have been working in security for about four years. I first met Tiontre in 2019 when we both worked at a company called Unified CML—he was a dipper, and I was a picker. Not long after we met, we began dating, and later that year, we welcomed our first child together in November 2019.

Over the years, I've gotten to know Tiontre very well, both as a partner and as a father. Tiontre has always had a big heart and a genuine desire to help others. He's funny, honest, and has a naturally lighthearted personality that brings joy to those around him. One of the things that has always stood out to me is how selfless he is, he would literally give someone the clothes off his back if they needed them. I've never known him not to work. He has always been a dedicated and hardworking man who takes pride in providing for his family.

In 2021, Tiontre went through one of the hardest times of his life after losing his brother to gun violence. That loss deeply affected his spirit and energy changed, and he struggled with depression. Not long after that tragedy, he himself became a victim of gun violence, which left him unable to walk for some time. During that period, things became extremely difficult for our family. At the time, Tiontre had two small children and one on the way. Everything fell apart—our home was lost, our car was totaled, and he required 24-hour care. It was hard for either of us to work. He had always been the head of our household and the one who kept everything together, so when he couldn't work, it put him in a dark place and made him lose hope for a while. It was painful watching him feel helpless as our children grew and even basic needs like diapers and food became hard to keep up with.

Tiontre couldn't return to work until 2023, but when he did, he was incredibly grateful. Despite everything he had gone through, he found the strength to start over—to relearn how to move, rebuild his confidence, and take care of his family again. He worked hard to help us get back on our feet and never once complained.

When he was finally able, he found a new path working in Security, and since then, he has stayed focused and committed to doing better. He's been consistent with his job, often taking on extra shifts and helping his mother when she needed support around the house. I've seen him grow into a more patient, thoughtful, and responsible man through everything he's endured.

Tiontre is not perfect, but he has a good heart and a genuine desire to be the best version of himself—for his children, his family, and his community. I truly believe that with continued guidance and support, he will keep moving in the right direction.

Thank you for taking the time to read my letter and for considering my words as someone who knows Tiontre personally and deeply.

Sincerely,
D'erra Hill

Exhibit 1-B

November 6, 2025

Honorable Judge Thomas M. Durkin

Your Honor,

My name is Qiana Barnes. I am a bus operator for the Chicago Transit Authority. I am also the mother of Tiontre Davis. I am writing on his behalf.

Tiontre is a responsible father and a hardworking man who has maintained sustainable employment. He is a reliable individual who consistently shows up for his family and friends. After losing my youngest son, Tiontre has always made every effort to lighten my heavy days. Whether it is telling jokes or bringing me my morning coffee, he makes sure I am okay.

His children adore him. To them, he is a true superhero—from picking them up from school every day to taking them trick-or-treating or simply playing games together. He is very present in their lives every single day.

During 2021–2022, our family went through a traumatic period. My baby boy was killed, and two months later Tiontre was shot in his leg. He lost his job, his apartment, and even his health declined, all while he was grieving the loss of his brother. He had to move back home with me, and it was a very dark time for both of us.

But fast-forward to today, and I am incredibly proud of the progress he has made. He is walking again with no assistance. He is working. He is becoming the man he has been striving to be—the man God called him to be. Through everything, he has remained strong, dedicated, and committed to rebuilding his life.

I am truly blessed to have him as my son.

Thank you for your time and consideration, Your Honor.

Respectfully,

Qiana Barnes

Exhibit 1-C

Dear Judge Durkin,

My name is Kenndra Barron, and I am writing this letter in support of Tiontre Davis. I have known Tiontre since the eighth grade, and over the years, I have come to know him as a loving, caring, and grounded individual. He has consistently been someone who looks out for those around him, and I can genuinely say that he has a heart of gold. Whenever I have been in need, he has always shown up to help and support me.

Tiontre is also a devoted father of five, and he loves his children with everything he has. He strives to be present in their lives, to provide for them, and to set a positive example. No matter what challenges he faces, his children are always motivated to keep moving forward and improving himself.

He is a hard-working, determined individual who takes his responsibilities seriously. In 2021, Tiontre survived a life-threatening shooting that left him with severe injuries to his lower stomach and leg. Doctors even considered amputating his leg, but he fought hard to recover and refused to give up. Despite ongoing pain, he continues to walk, work, and focus on bettering himself.

That same year, Tiontre also endured the heartbreaking loss of his younger brother. The grief was devastating for him and his family, yet even through that immense pain, he remained kind, supportive, and compassionate toward others. His strength through such hardship speaks volumes about his character.

Throughout the years, I have seen Tiontre grow and mature. He has learned from his past and is focused on building a better future for himself and his children. He has shown loyalty, compassion, and deep inner strength. I truly believe in his potential and in the goodness of his heart, and I hope the Court can see the same man that so many of us have come to admire and respect.

Thank you for taking the time to consider my words.

Sincerely,
**Kenndra Barron**

Exhibit 1-D

DATE: November 7, 2025

Honorable Judge Thomas M. Durkin

Your Honor,

My name is Alonzo Irving, and I am a friend of Tiontre Davis. I have known Tiontre for about seven years. I am writing this letter to share my personal experience with him and to express my support for his character.

Throughout the years I have known Tiontre, he has consistently shown himself to be a supportive and helpful person. He has always been the kind of friend who is there when you need him—someone dependable and genuine in his care for others. Whether it's offering a hand to help or listening when someone is going through a hard time, Tiontre has a way of making those around him feel seen and supported.

I also witnessed how deeply affected he was by the loss of his brother. That time was incredibly difficult for him, and it brought many emotional challenges. However, I have seen tremendous growth in Tiontre since then. Over time, he has been making real efforts to focus on bettering himself and making more positive choices in his life. I truly believe he is learning from his experiences and is determined to move forward in a better direction.

Tiontre has a kind heart and a willingness to improve. I believe that with the right guidance and support, he will continue on this positive path and make a meaningful contribution to his community and the people around him.

Thank you for taking the time to read my letter and for considering my words as you evaluate Tiontre's character.

Respectfully, Alonzo Irving

Exhibit 1-E

Honorable Judge Thomas M. Durkin

I am writing this letter in support of Mr. Tiontre Davis, the father of my two daughters—Treasure (11 months old) and Harmony (5 years old). My name is Dennishea Vanzant, and I have worked as a security professional for the past four years with companies including Allied Universal, Kate's Detective & Security Inc., and Luna Security.

I met Tiontre on June 3, 2017. Although our relationship has had its ups and downs, we have shared many years together, building a family and a strong bond. Over this time, I have come to know him not only as a loving partner and father, but also as a man of strong character, compassion, and dedication to those he loves.

Tiontre is a caring, responsible, and hardworking individual. He consistently shows his commitment to others through his actions. As a father, he takes great pride in providing for our children and being present in their everyday lives. He listens, supports, and uplifts the people around him, always striving to keep his family together and secure.

In June 2021, Tiontre endured the heartbreaking loss of his younger brother, Robert, to gun violence. Then, in 2022, he was the victim of another tragedy—he was shot six times, leaving him unable to walk or even stand. These traumatic events had a profound impact on him, both physically and emotionally. Despite being told he might never walk again, Tiontre showed incredible strength, faith, and determination. Through pain, perseverance, and hard work, he not only recovered but grew into a stronger and wiser man.

After his recovery, Tiontre entered the security field profession he takes great pride in. He faithfully gets up each day and goes to work, providing for his family and supporting his mother. He has a big heart and is always willing to help those around him. While he is not perfect, he truly embodies resilience, growth, and the ability to overcome life's hardships. I believe everyone deserves a second chance, and Tiontre has proven that he is doing his best with his.

He is deeply loved and relied upon by his mother, two sisters, brother, many nieces and nephews, and especially our two daughters. He is truly the backbone of his family, the one everyone turns to for strength, encouragement, and stability. His perseverance and commitment reflect a deep desire to build a meaningful life and to give his children a better future.

I respectfully ask the Court to consider these qualities when reviewing his case. Mr. Davis has shown responsibility, strength, and love in the face of adversity. I genuinely believe he deserves the opportunity to continue being a positive presence in his children's lives and in our community.

Thank you for your time and consideration.

Sincerely,
Dennishea Vanzant

Exhibit 1-F

November 27, 2025

Honorable Judge Thomas M. Durkin:

My name is Shavonn Daise, and I serve as a Supervisor within the Security Department at Columbia College Chicago. In my role, I oversee staff performance, conduct evaluations, and work closely with team members to help them succeed in their positions. I am writing this letter in support of Tiontre Davis, whom I have supervised since he began working with us on March 19, 2024.

From the beginning of his employment, Tiontre demonstrated reliability, professionalism, and a strong willingness to learn. He was entrusted with performing the Security Dispatcher position—a role that requires attention to detail, accountability, and the ability to remain calm and composed in high-pressure situations. Not everyone is able to handle the responsibility of dispatch operations, but Tiontre earned that trust through his work ethic and steady performance.

As his supervisor, I have had the opportunity to observe Tiontre on a regular basis. I have seen him treat students, staff, and visitors with respect and patience. He consistently shows up with a positive attitude and a desire to contribute to the team. When challenges arise, he is receptive to feedback and shows genuine effort to grow professionally.

One thing I have come to believe strongly is that we have all made mistakes before, and none of us should be judged solely by our past. What stands out most about Tiontre is his determination to move forward, better himself, and prove through his actions that he is more than any difficult moment in his life. A person's past does not define who they are today,

Exhibit 1-G

and in my experience supervising him, I have seen qualities in Tiontre that reflect responsibility, maturity, and compassion.

I hope this letter provides meaningful insight into the character I have witnessed from Tiontre in a professional setting. I believe he has the potential to continue growing and contributing positively to those around him.

Thank you for taking the time to read my letter. Please feel free to contact me if any additional information is needed.

Sincerely,
Shavonn Daise
Security Supervisor
Allied Universal
Campus Safety and Security
Columbia College Chicago
Phone: 312.369.6522
Cell: 312.316.4629
[securitysupervisor@colum.edu](mailto:securitysupervisor@colum.edu)
[sdaise@colum.edu](mailto:sdaise@colum.edu)

Exhibit 1-G